IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELSIE CORNISH, | ) CIVIL DIVISION |
| | ) |
| Plaintiff, | ) No: 06-1102 |
| | ) |
| vs. | ) Chief Judge Donetta W. Ambrose |
| | ) |
| CITY OF UNIONTOWN and LT. METROS, City of Uniontown Police Officer, and JONATHAN GRABIAK, City of Uniontown Police Officer, ERIC HANULA, City of Uniontown Police Officer, | ) ) ) ) ) |
| | ) |
| Defendants. | ) |

### STIPULATION AND CONSENT ORDER FOR DISMISSAL

The parties to this action by and through their undersigned counsel of record hereby stipulate to the dismissal of this action with prejudice.

It is so STIPULATED:

*/s/ Herbert A. Terrell*
HERBERT A. TERRELL, ESQUIRE
**Attorney for Plaintiff**
One Oxford Centre, Suite 4300
301 Grant Street
Pittsburgh, PA  15219
(412) 255-3771
haterrell@justice.com

MARSHALL, DENNEHEY, WARNER
COLEMAN & GOGGIN, P.C.

*/s/ Christian D. Marquis*
CHRISTIAN D. MARQUIS, ESQUIRE
PA I.D. #85070
PAUL D. KREPPS, ESQUIRE
PA I.D. #73038
**Attorneys for Defendants**
US Steel Tower, Suite 2900
600 Grant Street
Pittsburgh, PA  15219
(412) 803-1140
cdmarquis@mdwcg.com
pdkrepps@mdwcg.com

It is so ORDERED:

BY THE COURT:

*Donetta T. Ambrose*
Donetta W. Ambrose
Chief United States District Judge